UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN JONES; SHELLY JONES,

                Plaintiffs,

-against-

JUDGE CHRISTI J. ACKER,

                Defendant.

24-CV-7904 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiffs bring this action *pro se*. To proceed with a civil action in this Court, plaintiffs must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiffs filed a joint complaint, but only Plaintiff Warren Jones submitted an IFP application. Within thirty days of the date of this order, Plaintiff Shelly Jones must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff Shelly Jones submits the IFP application, it should be labeled with docket number 24-CV-7904. If the Court grants the IFP application, Plaintiff Shelly Jones will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

    No summons shall issue at this time. If Plaintiff Shelly Jones complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If she fails to comply with this order within the time allowed, the action will proceed with Warren Jones as the sole plaintiff.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 14, 2024
        New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge