UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHELLY JONES; WARREN JONES,

                Plaintiffs,

-against-                                     24 **CIVIL** 7904 (LLS)

## **JUDGMENT**

JUDGE CHRISTI ACKER; FEIN, SUCH, &
CRAIN LLP; BLANK ROME; PENNYMAC
LOAN SVCS, LLC,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 28, 2025, Plaintiffs' amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Civil judgment is entered dismissing this action; accordingly, the case is closed.

**Dated:**  New York, New York

       June 2, 2025

                                                    **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                         **BY:**     K. Mango

                                                         **Deputy Clerk**